**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOSSIL GROUP, INC. and MICHAEL KORS, L.L.C., | Case No. 1:20-cv-02441-WFK-RML |
| Plaintiffs, | |
| v. | |
| ANGEL SELLER, LLC; ERIC STERNBERG; and JOHN DOES 2-5, | |
| Defendants. | |

**DEFENDANT'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF FOSSIL GROUP, INC.**

Defendant Angel Seller, LLC, by and through its counsel, hereby requests that Plaintiff Fossil Group, Inc., pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, produce the below-identified things and copies of responsive documents in Plaintiff Fossil Group, Inc.'s possession, custody, or control to the office of Tarter Krinsky & Drogin LLP, 1350 Broadway, New York, New York 10018 within thirty (30) days of service hereof, or at such other time and place as may be mutually agreed upon by the parties, in accordance with the Definitions and Instructions set forth herein.

**DEFINITIONS AND INSTRUCTIONS**

The Definitions and Instructions set forth in Defendant's First Set of Requests for the Production of Documents and Things to Fossil, Inc. are incorporated by reference as though they are fully set forth herein.

1.      "Barnes Declaration" means the March 5, 2021 Declaration of Amber Barnes.

1

2.      "Bracelet Factory Code" means the numerical code referenced in the Exhibits to the March 5, 2021 Declaration of Amber Barnes as the "Bracelet factory code."

3.      "Box" refers to the protective box that accompanies a watch.  Representative examples are shown below:



4.      "Batch Code" refers to the alpha/numeric code embossed on each Box. A representative example is shown below:



## REQUESTS

**Request No. 44**

All documents relied upon by Amber Barnes in drafting the Barnes Declaration and the Exhibits thereto.

**Request No. 45**

Samples of all watches relied upon by Amber Barnes in drafting the Barnes Declaration and the Exhibits thereto.

**Request No. 46**

All documents relied upon by Fossil in drafting Plaintiffs' motion to strike or, in the alternative, dismiss defendants' amended answer.

**Request No. 47**

For each MK Test Purchase Model, documents sufficient to identify each movement used in the model, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 48**

For each MK Test Purchase Model, documents sufficient to identify each movement holder used in the model, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 49**

For each MK Test Purchase Model, documents sufficient to identify each component vendor and the components supplied.

**Request No. 50**

For each MK Test Purchase Model, documents sufficient to identify each contract manufacturer.

3

**Request No. 51**

For each MK Test Purchase Model, documents sufficient to identify each Bracelet Factory Code associated with the model, including the code and dates that such code was utilized.

**Request No. 52**

For each MK Test Purchase Model, documents sufficient to identify the hangtag furnished with each model, including the color and printed text.

**Request No. 53**

For each MK Test Purchase Model, documents sufficient to identify the booklet furnished with each model, including the color and printed text.

**Request No. 54**

For each MK Test Purchase Model, documents sufficient to identify each case back supplied with the model, including the documents identifying each code located on the inside and outside of the case back, stickers placed on the inside or outside of the case back, and the font, font size and content of all information printed or engraved on the case back.

**Request No. 55**

For each MK Test Purchase Model, documents sufficient to identify each Box supplied with the model, including the dates that such Box was supplied.

**Request No. 56**

For each MK Test Purchase Model, documents sufficient to identify each Batch Code included on each Box supplied with the model.

**Request No. 57**

A copy of each document from which each photograph shown in Exhibit 1 to the Barnes Declaration was taken, copied or otherwise reproduced.

**Request No. 58**

All documents that support or refute Fossil's allegation that the "Bracelet factory code of '112800' is not the correct number" for the watch shown in Exhibit 1 to the Barnes Declaration.

**Request No. 59**

All documents that support or refute Fossil's allegation that the "Factory code is incorrectly placed above the buckle hole" (and "should be placed beneath the buckle hole") for the watch shown in Exhibit 1 to the Barnes Declaration.

**Request No. 60**

All documents that support or refute Fossil's allegation that the "Bracelet hole piece is not properly shaped" for the watch shown in Exhibit 1 to the Barnes Declaration.

**Request No. 61**

All documents that support or refute Fossil's allegation that the "Bracelet factory code should contain the middle digits '98'" for the watch shown in Exhibit 1 to the Barnes Declaration.

**Request No. 62**

Documents sufficient to identify each crown used on the MK5354 watch, including each "MK" logo included on the crown.

**Request No. 63**

Documents sufficient to identify each movement used in the MK5354 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 64**

All documents that support or refute Fossil's allegation that the "[g]enuine dial date …

[n]umbering should be tall and skinny," for the watch shown in Exhibit 1 to the Barnes

Declaration.

**Request No. 65**

A copy of each document from which each photograph shown in Exhibit 2 to the Barnes

Declaration was taken, copied or otherwise reproduced.

**Request No. 66**

All documents that support or refute Fossil's allegation that the "[h]angtag and booklet

are the same exact shade of color," for the watch shown in Exhibit 2 to the Barnes Declaration.

**Request No. 67**

Documents sufficient to identify each crown used on the MK3192 watch, including each

"MK" logo included on the crown.

**Request No. 68**

Documents sufficient to identify each movement used in the MK3192 watch, including

the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 69**

Documents sufficient to identify each movement holder used in the MK3192 watch,

including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 70**

A copy of each document from which each photograph shown in Exhibit 3 to the Barnes

Declaration was taken, copied or otherwise reproduced.

**Request No. 71**

Documents sufficient to identify each movement holder used in the MK5353 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 72**

All documents that support or refute Fossil's allegation that the "[i]nside factory code of case back is not in proper alignment or place" and the "[s]ticker should not be on this model," for the watch shown in Exhibit 3 to the Barnes Declaration.

**Request No. 73**

All documents that support or refute Fossil's allegation that the "inside factory code" of the MK5353 watch contains the text "OPI CHINA 21," as stated in Exhibit 3 to the Barnes Declaration.

**Request No. 74**

Documents sufficient to identify each dial font that appeared on the MK5353 watch.

**Request No. 75**

Documents sufficient to identify each crown used on the MK5353 watch, including each "MK" logo included on the crown.

**Request No. 76**

Documents sufficient to identify each buckle logo used on the MK5353 watch.

**Request No. 77**

A copy of each document from which each photograph shown in Exhibit 4 to the Barnes Declaration was taken, copied or otherwise reproduced.

**<u>Request No. 78</u>**

Documents sufficient to identify each movement holder used in the MK5263 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**<u>Request No. 79</u>**

All documents that support or refute Fossil's allegation that the "Factory code is incorrectly placed above the buckle hole" and the "[b]racelet hole piece is not properly shaped," for the watch shown in Exhibit 4 to the Barnes Declaration.

**<u>Request No. 80</u>**

Documents sufficient to identify each crown used on the MK5263 watch, including each "MK" logo included on the crown.

**<u>Request No. 81</u>**

Documents sufficient to identify each case back used on the MK5263 watch, including the font, font size and content of the information on the case back.

**<u>Request No. 82</u>**

Documents sufficient to identify each dial font that appeared on the MK5263 watch.

**<u>Request No. 83</u>**

A copy of each document from which each photograph shown in Exhibit 5 to the Barnes Declaration was taken, copied or otherwise reproduced.

**<u>Request No. 84</u>**

Documents sufficient to identify each movement holder used in the MK5128 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 85**

Documents sufficient to identify each movement used in the MK5128 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 86**

All documents that support or refute Fossil's allegation that the "[i]nside factory code of case back is not in proper alignment or place" and the "[s]ticker should not be on this model," for the watch shown in Exhibit 5 to the Barnes Declaration.

**Request No. 87**

All documents that support or refute Fossil's allegation that the "inside factory code" of the MK5128 watch contains the text "OPI CHINA 21," as stated in Exhibit 5 to the Barnes Declaration.

**Request No. 88**

All documents that support or refute Fossil's allegation that the "[m]ovement on [a] genuine [MK5128] model should just say 'JP' and not have numbers" as stated in Exhibit 5 to the Barnes Declaration.

**Request No. 89**

Documents sufficient to identify each case back used on the MK5128 watch, including the font, font size and content of the information on the case back.

**Request No. 90**

A copy of each document from which each photograph shown in Exhibit 6 to the Barnes Declaration was taken, copied or otherwise reproduced.

**Request No. 91**

Documents sufficient to identify each movement holder used in the MK5076 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 92**

Documents sufficient to identify each movement used in the MK5076 watch, including the manufacturer, model(s), and dates that such movement was utilized.

**Request No. 93**

All documents that support or refute Fossil's allegation that, in connection with the MK5076 watch, the "watch movement for this model should be 'OS20'" and have "[n]o white plastic stem near battery, as stated in Exhibit 6 to the Barnes Declaration.

**Request No. 94**

Documents sufficient to identify each case back used on the MK5076 watch, including the font, font size and content of the information on the case back.

**Request No. 95**

Documents sufficient to identify each buckle logo used on the MK5076 watch.

**Request No. 96**

A copy of each document from which each photograph shown in Exhibit 7 to the Barnes Declaration was taken, copied or otherwise reproduced.

**Request No. 97**

Documents sufficient to identify each case back used on the MK5859 watch, including the font, font size and content of the information on the case back.

**Request No. 98**

Documents sufficient to identify each dial font that appeared on the MK5859 watch.

10

**Request No. 99**

A copy of each document from which each photograph shown in Exhibit 8 to the Barnes Declaration was taken, copied or otherwise reproduced.

                                        Respectfully submitted,

Dated:  March 31, 2021                   *s/ Mark Berkowitz*
                                        Mark Berkowitz
                                        Sandra A. Hudak
                                        TARTER KRINSKY & DROGIN LLP
                                        1350 Broadway
                                        New York, NY 10018
                                        Tel.: (212) 216-8000
                                        Fax: (212) 216-8001
                                        E-mail:   mberkowitz@tarterkrinsky.com
                                                  shudak@tarterkrinsky.com

                                        ***Attorneys for Defendants***

11

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2021, a copy of the foregoing document entitled

**DEFENDANT'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF**

**DOCUMENTS AND THINGS TO PLAINTIFF FOSSIL GROUP, INC.** was served via

e-mail on the following counsel of record for Plaintiffs in this matter:

> Michael Lee
> Lee Law PLLC
> 579 Fifth Avenue, 14th Floor
> New York, NY 10017
> Tel: (212) 621-8239
> Email: michael@leelawservices.com

> *s/ Mark Berkowitz*
> Mark Berkowitz