**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FOSSIL GROUP, INC. and MICHAEL
KORS, L.L.C.,

                    Plaintiffs,

v.

ANGEL SELLER, LLC; ERIC STERNBERG;
and JOHN DOES 2-5,

                    Defendants.

Case No. 1:20-cv-02441-WFK-TAM

## DEFENDANT'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF FOSSIL GROUP, INC.

Defendant Angel Seller, LLC, by and through its counsel, hereby requests that Plaintiff

Fossil Group, Inc., pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, produce

the below-identified things and copies of responsive documents in Plaintiff Fossil Group, Inc.'s

possession, custody, or control to the office of Tarter Krinsky & Drogin LLP, 1350 Broadway,

New York, New York 10018 within thirty (30) days of service hereof, or at such other time and

place as may be mutually agreed upon by the parties, in accordance with the Definitions and

Instructions set forth herein.

## DEFINITIONS AND INSTRUCTIONS

The Definitions and Instructions set forth in: (i) Defendant's First Set of Requests for the

Production of Documents and Things to Fossil Group, Inc. and (ii) Defendant's Second Set of

Requests for the Production of Documents and Things to Fossil Group, Inc. are incorporated by

reference as though they are fully set forth herein.  The following additional definitions are

provided:

**Defendants'**
**Exhibit**

**4**

1

1.      "Purchase Log" means the log of purchases purportedly compiled by Amber Barnes and produced by Plaintiffs in redacted form on June 16, 2021 as an Excel sheet entitled "Fossil - Document Production 6.16.21".

2.      "Tracing System" means any system, method or technique used to mark, track and/or trace products for any purpose (e.g., anti-diversion, anticounterfeiting and/or product authentication), including the technology offered by ORBID Corporation, Inc. and iTrace Technologies, Inc., and any other system or method referenced in the Purchase Log (e.g., "Orbid").

3.      "Tracing Mark" means any marking or symbol, whether visible or hidden, used in connection with a Tracing System.

## REQUESTS

### Request No. 100

Documents sufficient to identify each Tracing System and Tracing Mark used by Fossil in connection with MK Products, from January 1, 2014 – Present.

### Request No. 101

Documents sufficient to identify each Tracing System and Tracing Mark used by Fossil in connection with the MK Test Purchase Models, from January 1, 2014 – Present.

### Request No. 102

Documents sufficient to identify the "Orbid Mark" referenced in the Purchase Log.

### Request No. 103

All communications between Plaintiffs (including Plaintiffs' counsel) and each "Seller" (Col. B) identified in the (unredacted) Purchase Log.

**Request No. 104**

All settlement agreements entered between Plaintiffs and each "Seller" (Col. B) identified in the (unredacted) Purchase Log.

**Request No. 105**

All communications with each "Seller" (Col. B) identified in the (unredacted) Purchase Log since June 1, 2021, including communications regarding the return of any payment(s) made by the "Seller" to Plaintiffs.

**Request No. 106**

All communications between Amber Barnes and Chris Rook concerning the authentication of MK Products.

**Request No. 107**

All communications between Amber Barnes and Mark Manning concerning the authentication of MK Products.

**Request No. 108**

Photographs of the watches on the following lines of the Purchase Log: 206, 213, 233, 227, 262, 268, 270, 272, 275, 303, 321, 326, 349, 358, 362.

**Request No. 109**

A copy of all purchase reports, investigator reports, and internal notes concerning the watches on the following lines of the Purchase Log: 206, 213, 233, 227, 262, 268, 270, 272, 275, 303, 321, 326, 349, 358, 362.

**Request No. 110**

All documents concerning Fossil's ratings on Amazon or any other online marketplace or website where Fossil has offered MK Products for sale, including seller feedback reviews, seller feedback scores, and/or defect rates.


Respectfully submitted,

Dated:  August 31, 2021         _s/ Mark Berkowitz_____
                                Mark Berkowitz
                                Joel H. Rosner
                                Sandra A. Hudak
                                TARTER KRINSKY & DROGIN LLP
                                1350 Broadway
                                New York, NY 10018
                                Tel.:    (212) 216-8000
                                Fax:     (212) 216-8001
                                E-mail:  mberkowitz@tarterkrinsky.com
                                         jrosner@tarterkrinsky.com
                                         shudak@tarterkrinsky.com

                                ***Attorneys for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2021, a copy of the foregoing document entitled

**DEFENDANT'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF**

**DOCUMENTS AND THINGS TO PLAINTIFF FOSSIL GROUP, INC.** was served via

e-mail on the following counsel of record for Plaintiffs in this matter:

> Michelle Mancino Marsh
> Lindsay Korotkin
> Arent Fox LLP
> 1301 Avenue of the Americas
> New York, NY 10019
> Email: michelle.marsh@arentfox.com
>           lindsay.korotkin@arentfox.com
>
> Michael Lee
> Lee Law PLLC
> 579 Fifth Avenue, 14th Floor
> New York, NY 10017
> Tel: (212) 621-8239
> Email: michael@leelawservices.com

> *s/ Mark Berkowitz*
> Mark Berkowitz