**Whitney Gillaspie**

**Subject:**          FW: Angel Seller - Plaintiff's First Set of Requests for Production
**Attachments:**    Angel Seller - Plaintiff's First RFP.pdf

**From:** Rachel Leibowitz <rachel.a.leibowitz@gmail.com>
**Date:** June 2, 2023 at 4:27:31 PM CDT
**To:** Alan Dabdoub <adabdoub@lynnllp.com>
**Cc:** Howard Foster <hfoster@fosterpc.com>
**Subject: Angel Seller - Plaintiff's First Set of Requests for Production**

Good afternoon,

Please see the Plaintiff's First Set of Requests for Production attached.

--

Best Regards,

Rachel Leibowitz
Paralegal to Howard W. Foster, Esq.

**Defendants'
Exhibit

5**

exhibitsticker.com

1