## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ANGEL SELLER, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-00111-SDJ** |
| | § | |
| **RANDY HYNE and AMBER BARNES,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

Before the Court is Defendants Randy Hyne and Amber Barnes's ("Defendants") Motion to Stay ("Motion"). Having reviewed the parties' briefing, the docket and applicable law, the Court finds that Defendants' Motion should be and hereby is **GRANTED**. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all discovery in this matter is **STAYED** until this Court rules on Defendants' Motion to Dismiss (Doc. No. 9).