**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

ANGEL SELLER, LLC,

                Plaintiff,

v.

RANDY HYNE and AMBER BARNES,

                Defendants

**Case No. 4:23-cv-00111-SDJ**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angel Seller, LLC ("Plaintiff") and Defendants Randy Hyne and Amber Barnes (collectively, the "Defendants"), through the undersigned counsel, hereby submit this Joint Stipulation of Dismissal With Prejudice pursuant to FED. R. CIV. P. 21 and 41(a)(1)(A)(ii) as follows:

1.      All claims asserted in this suit shall be dismissed with prejudice to refiling.

2.      The parties agree that each party shall bear its own attorney fees and costs.

**Dated:** September 10, 2025

**STIPULATED AND AGREED:**

FOSTER P.C.
150 North Wacker Drive, Suite 1925
Chicago, IL 60606
Telephone: 312-726-1600
Facsimile: 866-470-5738

*/s/ Howard W. Foster (with permission)*
Howard W. Foster
IL State Bar I.D. # 6201218
hfoster@fosterpc.com
*Lead Counsel for Plaintiff*
Admitted *Pro Hac Vice*

PADFIELD & STOUT, L.L.P.
100 Throckmorton St., Suite 700
Fort Worth, Texas 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
Brandon J. Gibbons
TX State Bar I.D. #24082516
bgibbons@padfieldstout.com
*Local Counsel for the Plaintiff*

**LYNN     PINKER     HURST     &
SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
(214) 981-3800-Telephone
(214) 981-3839 – Facsimile

/s/ Alan Dabdoub (with permission)
Alan Dabdoub
TX State Bar I.D. #24056836
adabdoub@lynnllp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brandon J. Gibbons*
Brandon J. Gibbons